UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

D'ANGELO NEWBON,

        Plaintiff,

v.                                              Case No. 09-C-477

POLICE CHIEF EDWARD FLYNN, et al.,

        Defendant.

## ORDER

This Court granted summary judgment to the Defendants on August 30, 2011. Plaintiff has filed a motion to alter the judgment. Plaintiff has not cited any error in fact or law; in fact he has not even filed a brief in support of the motion. Accordingly, the motion to alter the judgment is **DENIED**.

**SO ORDERED** this   5th   day of December, 2011.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge